| SUBCONTRACTOR | TYPE OF WORK | ORIGINAL CONTRACT |
|---|---|---|
| **Rich Wilson Paving** | Asphalt | $41,000.73 |
| 3810 Industrial Drive, Rolling Meadows, IL 60008 | | |
| **ABD Tank** | Concrete | $132,375.00 |
| 730 Industrial Drive, Elmhurst, IL 60126 | | |
| **Austin Electric** | Electrical | $176,000.00 |
| 131 Airport Rd, Unit A, Joliet, IL. 60431 | | |
| **TLC Plumbing** | Plumbing | $93,000.00 |
| P.O box 429, Griffith, IN. 46319 | | |
| **Rycom** | Carpentry | $36,000.00 |
| 11480 W. 93rd RD, St. John, IN. 46373 | | |
| **Peterson Glass** | Glazing | $33,690.00 |
| 5535 Milwaukee, Chicago, IL 60630 | | |
| **Faith Mechanical** | HVAC | $72,140.00 |
| 1N301 Stargrass Lane, Elburn, IL 60119 | | |
| **PE Systems** | Carpenter Deli Counter | $4,256.00 |
| 847 Roy Avenue, Northlake, IL. 60164 | | |
| **Calumet Flexicore** | Flexicore | $74,045.00 |
| 24 Marble Street, Hammond, IN 46320 | | |
| **Ghezzi Masonry** | Masonry | $120,000.00 |
| 18408 Holland Rd, Lansing, IL. 60438 | | |
| **Stonecraft Cast Stone, LLC.** | Masonry Cast Stone | $15,000.00 |
| 17600 Williams, Unit #9, Thornton, IL. 60476 | | |
| **Crown Cabinet** | Cashier Counter and Office | $2,921.41 |
| 500 Sheridan Street, Crown Point, IN. | | |
| **Charles Gluth & Son Roofers** | Roofing | $39,907.00 |
| 2550 Colfax Street, Gary, IN 46406 | | |
| **M Blooms Custom Finish, Inc.** | Painting | $25,000.00 |
| **D & B Unique Epoxy Floor** | Detail Floor Epoxy | $5,400.00 |
| P.O. Box 195, Crown Point, IN. 46308 | | |
| **BodyTek Coatings** | Detail Walls and Floors | $20,000.00 |
| 1153 Marsh Street, # A, Valparaiso, IN. 46385 | | |
| **Welches Brother, Inc.** | Tank (3)1500 gallon tanks | $3,600.00 |
| **AAA Steel** (needed extra Flexicore Plates) | Steel (Steel Conveyor Parts | $12,241.48 |
| 608 Route 41, Schererville, IN. 46375 | | |
| **Magnum Steel Fabricators** | Steel Install to Flexicore | $5,000.00 |
| **American Import Tile** | Tile Purchase & Material | $8,545.51 |
| 7000 Wheeler Drive, Orland Park, IL. 60462 | | |

EXHIBIT B    1

| Vendor | Description | Amount |
|---|---|---:|
| Flooring Creations (Tile Installation) | Tile Installation | $5,166.00 |
| Floor Coping | Floor Coping | $900.00 |
| Overdoors of IL. | 2-Car Wash Garage Doors | $29,300.00 |
| 601 Ridge Road, Homewood, IL. 60430 | | |
| Redbud Landscaping Services | Landscaping and Irrigation | $26,600.00 |
| P.O Box 563, St. John, IN. 46373 | | |
| Metro Excavation | Excavation | $36,850.00 |
| P.O Box Box 890, Cedar Lake, IN. 46303 | | |
| A-1 Affordable Signs (3 Signs)(19 mm LED Lar{ | Signs | $43,000.00 |
| 534 Conkey Street, Hammond, IN. 46324 | | |
| Watchfire Signs (LED) | Paid Balance directly to Watchfire | $11,540.09 |
| YourBlinds.com | Solar Shade Blinds | $1,216.06 |
| Home Theatre Revolutions | Phones,TV's , & Internet Wiring Install | $2,431.52 |
| 2301 Boulder Road, Dyer, IN. 46311 | | |
| Car Wash Menu Sign | Menu Sign | $2,000.00 |
| 34450 Rte 45 North, Third Lake, IL. 60030 | | |
| TSS Signs | Face of Menu Sign | $1,500.00 |
| IDS Menus | Deli Drive-Thru & Indoor Order Board | $2,000.00 |
| 5008 Veterans Memorial HWY, Holbrook, NY. 11741 | with Speaker | |
| Ried's Fire Equipment Install w extinguisł | Fire Kitchen Hood and Extinguishers | $2,353.16 |
| P.O. Box 204, Lansing, IL. 60438 | | |
| JS Paluch | Kitchen Shelving | $468.00 |
| Calumet Blue Print Inc. & UPS | Blue Prints & UPS | $1,242.87 |
| 614-616 Gostlin Street, Hammond, IN. 46327 | | |
| Locker Depot | Built in 25 Employee Lockers | $983.00 |
| Nipsco | Start-Up/Installation Fee's | $16,114.00 |
| Topline Cartage | Dumpsters | $3,640.00 |
| Extras | Extras | $3,300.00 |
| Bathroom Fixtures (MTS Supply and Nelson's On-Line) | | |
| Five Rivers Lighting | Café Table Lighting | $1,879.20 |
| Track Lighting | Café Track Lighting (LOWE'S) | $925.43 |
| St. John Town Fees (plus newspaper, both filing, and | Builders Permit and Fees | $37,122.00 |
| Brandy's Floor Safe | Floor Safe | $865.00 |
| Metal Wall Shelving Rooms | Lowes and Menards | $ 1,636.52 |
| Black Tie Building Solutions | Wood Vacuum and Dumpster Door | $2,000.00 |
| TOTALS | | $1,155,154.98 |

| Vendor/Title | TYPE OF Equipment | Where Purchase | Cost/Contract Amount |
|---|---|---|---|
| **Car Wash** | | | |
| Carwash Services, Inc. | Car Wash, DRB Systems, Softners, Heated Coils(Concrete) | CWSI | $329,720.91 |
| SGA Products | Tip Box/Stand Solid ABS | | $279.95 |
| Wolford Communication | Credit Card Module | | $1,263.00 |
| **Other** | | | |
| Abes of Maine Electronics | 2 - LCD TV's for Lounge Area | On-Line | $1,500.00 |
| Lounge Speakers | Speakers, HDMI Cables, DirectTv Hardware, WiFi | On-Line | $642.71 |
| Lounge Table and Chairs | Chairco | Chairco Direct | $5,063.00 |
| Employee Lounge Furniture | Table/Chairs $200, Kenmore Refrigerator $600, Microwave $100 | TBD | $845.14 |
| Office Equipment | Copy Machine, 4 Chairs, TV, Sofa, Shredder, File Cabinets) | TBD | $2,225.85 |
| Metal Poster Frames | Poster Frames | ebay | $ 750.94 |
| Pyramid Alarm | Alarm Install Fire and Cameras | | $4,186.66 |
| Phone System | AT&T 1070 Phones | Sams Club | $649.33 |
| Belson Outdoors | Picnic Table, Trash Cans, Bench, Interior Trash Can | TBD | $2,925.45 |
| **DELI** | | | |
| Captive Aire/PE Systems | Exhaust Hood | PE Systems | $ 10,536.00 |
| Dispense Rite | Lid dispenser, Dispense Rite CTLD-22A | TBD | $ 120.63 |
| Allstrong | Hand Sink | acitydiscount.com | $ 120.00 |
| Lippert, Inc. | All below kitchen equipment, freight, set-up, and taxes | | $ 23,408.67 |
| Artic Air | R22CW Fridge | Lippert, Inc. | |
| Artic Air | F22CW Freezer | Lippert, Inc. | |
| TRUE | Deli Case | Lippert, Inc. | |
| TRUE | T-49 Reach In Fridge | Lippert, Inc. | |
| TRUE | Sandwich Top Frige 27-8 | Lippert, Inc. | |
| Manitowoc | Ice Mach Model #304A | Lippert, Inc. | |
| Eagle Group | Hot Food Server SHT4-208 Elec. | Lippert, Inc. | |

1

| | | | |
|---|---|---|---|
| Vulcan Hart | Range VG24 | Lippert, Inc. | |
| Star | Counter Gas Charbroiler 36" and Table | Lippert, Inc. | |
| Dean | 50lb Fryer Gas with built in Filtration System | Lippert, Inc. | |
| Amana | Microwave LD10MP | Lippert, Inc. | |
| Lippert | Tax, Freight, Delivery, Set-up | Lippert, Inc. | |
| Ashland | Grease Trap 40lb | acitydiscount.com | $ 339.00 |
| Sound In Sight | 3M Drive Thru System with 2 Headsets | Sound In Sight | $ 4,842.00 |
| Towels by Doctor Joe | Towels by Doctor Joe | On-Line | $ 500.00 |
| Laundry Carts | 2 - Large Laundry Canvas Carts | On-Line | $ 500.00 |
| Restraunt Depot | Rubber Matts for Facility | Restraunt Depot | $ 500.00 |
| Ladder | Ladder | | $ 200.00 |
| **PROJECT TOTALS** | | Total | $391,119.24 |