RECEIVED 03/24/2014 01:45 PM
RECEIVED 03/24/2014 11:02 AM

> APPROVED AND FILED
> CONNIE LAWSON
> INDIANA SECRETARY OF STATE
> 3/24/2014 1:49 PM

## ARTICLES OF ORGANIZATION

Formed pursuant to the provisions of the Indiana Business Flexibility Act.

### ARTICLE I - NAME AND PRINCIPAL OFFICE

GENTLE TOUCH CAR WASH LLC

### ARTICLE II - REGISTERED OFFICE AND AGENT

DOUGLAS MILLER
8445 WICKER AVENUE, SAINT JOHN, IN 46373

### ARTICLE III – GENERAL INFORMATION

What is the latest date upon which the entity is to dissolve?: Perpetual
Who will the entity be managed by?: Members
Effective Date: 3/24/2014
Electronic Signature: DOUGLAS MILLER



EXHIBIT D

**State of Indiana**
**Office of the Secretary of State**

CERTIFICATE OF ORGANIZATION

of

**GENTLE TOUCH CAR WASH LLC**

I, Connie Lawson, Secretary of State of Indiana, hereby certify that Articles of Organization of the above Domestic Limited Liability Company (LLC) has been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

NOW, THEREFORE, with this document I certify that said transaction will become effective Monday, March 24, 2014.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, March 24, 2014

*Connie Lawson*

CONNIE LAWSON,
SECRETARY OF STATE

2014032400575 / 2014032400575