LETTER OF INTENT

By execution of this Letter of Intent, the parties herein, THE DUKE OF OIL, LTD., by it's President, Bharat Shah and HANDS ON PREMIUM CAR WASH, LLC., by it's President, Douglas Miller, the parties enter into the following Letter of Intent:

1. The parties have engaged in preliminary conversations concerning the possible purchase by THE DUKE OF OIL, LTD. of the business known as HANDS ON PREMIUM CAR WASH, LLC., located at 8445 WICKER AVE (US 41), ST JOHN, IN 46373.
2. The parties have discussed entering into a formal Contract to Purchase whereby THE DUKE OF OIL, LTD., would buy the business, building and improvements for the total sum of $500,000.
3. In order to further help with the negotiations, THE DUKE OF OIL, LTD. would be requesting access to various financial information concerning the business that may require the signature or execution of Non-Disclosure Agreements, or other similar type agreement.
4. THE DUKE OF OIL, LTD. would specifically be requesting the following information or terms, either before execution of the formal Purchase Sales Contract or included as a specific term and condition of any such contract:
    a. Tax Records – THE DUKE OF OIL, LTD. shall have the right to view and inspect the records for all taxes, for the respective location only, paid for the business for a certain period of time as agreed to by the parties. This would include sales taxes, and any other taxes associated with the running and operation of the business.
    b. Lease Agreements – THE DUKE OF OIL, LTD. shall have the right to view and inspect any ground lease, equipment lease, etc for the respective location only, paid for the business for a certain period of time as agreed to by the parties.

EXHIBIT E

    c. Loan Records – THE DUKE OF OIL, LTD. shall have the right to inspect any outstanding loans, for the respective location only, paid for by the business.

    d. PNL/Sales Information – THE DUKE OF OIL, LTD. shall have the right to view and inspect records concerning all the revenues and expenses of the business for a certain period of time as agreed to by the parties, at least for the last three years.

5. INTENTION OF THE PARTIES – The terms of this proposed Letter of Intent is to provide the parties with a general disclosure of the proposed terms of a future Purchase Contract. The parties agreed that any information disclosed, as well as the current status of this transaction are confidential in nature. It is meant to be general in nature and simply serve as a memorialization of the terms that will later serve the basis for a formal Purchase Agreement.

6. FULL PURCHASE CONTRACT – If the parties proceed on agreeable terms, a full purchase contract shall be negotiated and signed by the parties. Any such Purchase Contract shall contain such additional terms and conditions, as agreed to by the parties, necessary to complete the Purchase and Sale.

Hands On Premium Car Wash  
By it's President  
NAME: Douglas Miller  
DATE: 4/9/24

THE DUKE OF OIL, LTD  
By it's President  
NAME: B. SHAH  
DATE: April 9 24