## dlf9601@aol.com

**From:** dlf9601@aol.com
**Sent:** Friday, July 26, 2024 11:27 AM
**To:** 'Tim Kuiper'
**Cc:** 'Amanda E. Losquadro'; 'Edward Miller'; 'Douglas Miller'
**Subject:** FW: Gentle Touch info
**Attachments:** Title 2007.pdf; SBA approval Oct 2007.pdf

Tim, I am making one more effort to save this deal. I am forwarding the below email and attachments that I received from Amanda Losquadro. In addition, Hands On was incorporated originally on 7/27/06. Gentle Touch did not come into existence until 5/25/07. The two MCA lenders do not have UCC filings against Hands On. The only creditor that has a filing against both entities is SBAII (Flagship) filed 10/06/21. This loan is secured by both the physical assets owned by Hands On and the intangible assets such as receivables owned by Gentle Touch. Hands On was not operating and Gentle Touch didn't own the tangible assets and thus both are makers on the note and secured it with their respective assets. Gentle Touch only operated as a sub-tenant of Hands On. I would suggest that we have a video meeting with Amanda and all of our clients participating. If your clients are serious about this, and Amanda's and my emails don't convince you that there no exposure to your client from the MCA creditors of Gentle Touch, maybe the conference can get us to the finish line.

Dan

Daniel L. Freeland
Daniel L. Freeland and Associates, P.C.
9105 Indianapolis Blvd.
Highland, In. 46322
(219) 922-0800
(219) 922-1261 fax
Board certified- Business Bankruptcy Law
and Consumer Bankruptcy Law
American Board of Certification



**From:** Amanda E. Losquadro
**Sent:** Tuesday, July 23, 2024 3:17 PM
**To:** dlf9601@aol.com
**Subject:** FW: Gentle Touch info

EXHIBIT G

Hi Dan,

My client reviewed the Bank's file and found the attached docs/following info. He is still looking for additional docs, but I wanted to forward this in the meantime in case you think any of it might be helpful. He is reaching

1

out to his colleague who knows the Duke of Oil folks to see if they can jump on a call to discuss the Gentle Touch issue as well. I will let you know when I hear more.

- Attached is the title commitment from 2007
- The Ground lease (and the landlord default letter) only include Hands On and do not reference Gentle Touch at all
- The SBA approval (attached) from 2007 indicates that Hands On is the Borrower, and the three sub-entities are all guarantors: Gentle Touch, Wax N Go, and Mell's Kitchen
- I saw in one of the original bank underwriting/approvals that they state that the new business would have three different parts to it, and the three operating companies would handle (a) the car wash (b) the detailing center and (c) the restaurant/diner.
- Another approval states that the loan repayment would come from the rental payments the Borrower receives from the Gentle Touch operating company rent.
- We re-signed new guarantees in 2019 for the four individuals and only for the Gentle Touch entity; there's a memo saying that Wax N Go and Mell's Kitchen were wrapped into Gentle Touch years prior on advice from their accountant, so those entities were no longer around to re-sign their guarantees.

Really not much mention of Gentle Touch over the past 17 years in our file, but the story of it being the operating sub-leased company seems to match with what I've seen. But not much to support that, as of today 2024, Gentle Touch owns nothing related to this proposed sale of Hands On.

---

**CHUHAK TECSON**

**Amanda E. Losquadro**
Principal

120 S. Riverside Plaza | Suite 1700 | Chicago, IL 60606
D 312.849.4123 | O 312.444.9300 | F 312.368.3859
alosquadro@chuhak.com | www.chuhak.com

**Confidentiality Notice:** The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Chuhak & Tecson, P.C. shall be understood as neither given, nor endorsed by it.