

# KORANSKY, BOUWER & PORACKY, P.C.
*Attorneys and Counselors at Law*

James M. Yannakopoulos
JYannako@KBLegal.net

425 Joliet Street, Suite 425
Dyer, Indiana 46311

Telephone: 219.865.6700
Facsimile: 219.865.5839

## NOTICE OF TERMINATION

**VIA UPS OVERNIGHT**

October 15, 2024

Hands On Premium Car Wash, LLC
8445 Wicker Avenue
St. John, Indiana 46373

Douglas Miller, Registered Agent
Hands On Premium Car Wash, LLC
8445 Wicker Avenue
St. John, IN 46373

Old Plank Trail Community Bank, N.A.
3256 Ridge Road
Lansing, IL 60438

First National Bank of Illinois, N.A.
3256 Ridge Road
Lansing, IL 60438

RE:   Landlord:     ick and Elaine Karagan
      Tenant:      Hands On Premium Car Wash, LLC
      Lender:      First   ational Bank of Illinois, N.A. and/or Old Plank Trail Community Bank,
                .A. as successor in interest to First National Bank of Illinois,  .A.
      Lease:      Ground Lease dated August 9, 2007, and
                First Amendment to Ground Lease dated June 1, 2020
      Property:   8445 Wicker Avenue, St. John, Indiana 46373
      Our File:   1890.005797

To Whom It May Concern:

     This firm represents the Landlord, Elaine Karagan, with respect to the above referenced Lease. Landlord previously engaged the firm to put the Tenant, Hands On Premium Car Wash LLC, on notice that it was in breach of the Lease, because it failed to properly address matters with respect to the outstanding taxes and because it failed to provide a copy of the certificate of insurance. With such defaults continuing to remain outstanding and with the appropriate cure periods having passed, Landlord hereby notifies the Tenant that it is terminating the Lease, pursuant to Section 19(b) of the Lease. The undersigned will then be following up with the Tenant in the coming days to execute the appropriate instruments in writing as required under Paragraph 19.

Very truly yours,
**KORANSKY, BOUWER & PORACKY, P.C.**

By:   JAMES M. YANNAKOPOULOS
JMY/lp

**EXHIBIT** K